**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV – 7 2017

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 4:17CR 00319 JM |
| | ) | |
| MORGAN STEPHEN POOLE, a/k/a Steve; | ) | Title 21, U.S.C. § 846 |
| NATHANIEL BURROUGHS | ) | Title 21, U.S.C. § 841(a)(1) |
| | ) | Title 18, U.S.C. § 3013 |
| | ) | Title 18, U.S.C. § 3571 |
| | ) | Title 18, U.S.C. § 3583 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT 1

On or about October 18, 2017, in the Eastern District of Arkansas, the defendants,

MORGAN STEPHEN POOLE, a/k/a Steve, and
NATHANIEL BURROUGHS,

voluntarily and intentionally conspired with each other, and with others known and unknown to the grand jury, to knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and the amount of controlled substances involved in the conspiracy attributable to each defendant as a result of each defendant's own conduct and the reasonably foreseeable conduct of other conspirators, is less than fifty (50) grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

1

## COUNT 2

On or about October 18, 2017, in the Eastern District of Arkansas, the defendants,

MORGAN STEPHEN POOLE, a/k/a Steve, and
NATHANIEL BURROUGHS,

knowingly and intentionally distributed less than fifty (50) grams of a mixture or substance

containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

On or about October 18, 2017, in the Eastern District of Arkansas, the defendant,

MORGAN STEPHEN POOLE, a/k/a Steve,

knowingly and intentionally possessed with intent to distribute fifty (50) grams or more

but less than five hundred (500) grams of a mixture or substance containing a detectable

amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

End of Text.  Signature page attached.

2