MJStar Reporting:INITIAL APPEARANCE, Length of Hearing (minutes): 5 mins
ARRAIGNMENT, Length of Hearing (minutes): _____

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

United States of America

vs.    Case No.: 4:17CR00319-02 JM
       Indictment

Nathaniel Burroughs

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 15 2017

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## PLEA AND ARRAIGNMENT REPORT

Plea Date: 12/15/2017                   Deft is ✓ is not ___ in custody
Continued Until: _____                ___ Deft did not appear
Reason for continuance _____          ___ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney: Michael Gordon
Defense Counsel: Chris Tarver Standing in for Steven R. Davis, CJA  (Appointed / ~~Retained~~)
Interpreter's Name: Court will appoint counsel

### PLEA

TRIAL BEFORE DISTRICT COURT                 CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty ✓                                Not Guilty _____
Guilty (indicates desire) _____           Guilty _____
Nolo Contendere (desire) _____            Nolo Contendere _____

___✓___ Demands Trial by Jury               _____ Waives Jury Trial
                                            Deft agrees _____
                                            Govt agrees _____

### BAIL

Bail Set at: O/R    By: JTK    Date: 12/15/17

Bail Changed to: _____  By: _____  Date: _____

Number of Days estimated for Trial: **2 days**
Estimated Trial Date: **1/16/2018 @ 9:15 a.m., before the Honorable Judge James M. Moody Jr. in Room 4A. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: _____

DATE: 12/15/2017          SO ORDERED: _____
                          U. S. MAGISTRATE JUDGE