PS 42
(Rev 7/93)

# United States District Court
## Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 10 2018

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

United States of America        )
                                )
vs.                             )
                                )
Nathaniel Burroughs             )    Case No.   0860 4:17CR00319 JM

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Nathaniel Burroughs__, have discussed with __Taylor Sevier__, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

Submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  12-22-17        _____  12/22/17
Signature of Defendant      Date             Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   12/22/2017
Signature of Defense Counsel                Date

The Assistant U.S. Attorney ☒ does ☐ does not concur with this modification.
☒ The above modification of conditions of release is ordered, to be effective on __01/10/2018__.
☐ The above modification of conditions of release is *not* ordered.

_____                   01/10/2018
Signature of Judicial Officer               Date