IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                             Case No. 4:17-cr-00319 JM

MORGAN STEPHEN POOLE, aka "Steve,"
and NATHANIEL BURROUGHS                                              DEFENDANTS

## MOTION TO CONTINUE JURY TRIAL

The Separate Defendant, Nathaniel Burroughts (hereafter "Burroughs"), by his Attorney, Steven R. Davis, moves to continue the jury trial, which is now scheduled to begin on June 18, 2018. The Defendant states in support of his Motion the following:

1. The Defendant, Nathaniel Burroughs, is charged with one count of violating 21 U.S.C. §841(a)(1), conspiracy to distribute and to possess with intent to distribute less than fifty (50) grams of a mixture containing methamphetamine, a felony, and one count of distribution of less than fifty (50) grams of a mixture containing methamphetamine, a felony, in violation of 21 U.S.C. §841(a)(1) and 841(b)(1)(B).

2. The Court has set a jury trial in this case to begin on June 18, 2018.

3. U.S. Magistrate Judge Jerome T. Kearney appointed the undersigned counsel to represent the Defendant on December 15, 2017.

4. Burroughs moves that the trial of this matter be continued. Burroughs

and the Assistant U.S. Attorney are engaged in negotiations, and Burroughs anticipates this matter can and will be resolved without trial if the case is continued.

5. The undersigned counsel has conferred with Assistant U.S. Attorney Michael Gordon concerning this motion for continuance. Mr. Gordon has advised Burrough's counsel and counsel for the Co-defendant, Morgan Stephen Poole, that he does not object to a continuance of the trial of this case.

6. Based upon e-mail correspondence with the Court, it appears that the attorney for Morgan Stephen Poole does not object to a continuance of the trial, either.

7. Burroughs agrees to waive any speedy trial rights in connection with any continuance which the Court may grant in this case.

WHEREFORE, the Defendant, Nathaniel Burroughs, respectfully prays that his motion to continue the jury trial set for June 18, 2018, be granted.

Respectfully submitted,

/s/ Steven R. Davis
Steven R. Davis, Ark. Bar #76029
Attorney at Law
1920 N. Main Street, #221
North Little Rock AR  72114
(501) 604-4525
srd@stevenrdavislaw.com

## **CERTIFICATE OF SERVICE**

    I, Steven R. Davis, hereby certify that I have filed this pleading with the Clerk of the U.S. District Court through the Electronic Case Filing (ECF) system on June 7, 2018.  ECF will automatically serve a copy of this pleading on Mr. Michael Gordon, Assistant U.S. Attorney, P.O. Box 1229, Little Rock  AR  72203, and to Mr. R. Brannon Sloan, Attorney for Morgan Stephen Poole 217 West Second Street, Suite 115, Little Rock AR 72201.

                                               /s/ Steven R. Davis
                                               Steven R. Davis