# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                            No. 4:17cr00319-02 JM

NATHANIEL BURROUGHS                                                                         DEFENDANT

## ORDER

The government's motion to Revoke Pretrial Release as to Nathaniel Burroughs (Docket No. 29) is hereby referred to United States Magistrate Jerome T. Kearney, who set the defendant's conditions of release on December 15, 2017.

IT IS SO ORDERED this 11th day of July, 2018.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE