IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                             Case No. 4:17-cr-00319 JM

MORGAN STEPHEN POOLE, aka "Steve,"
and NATHANIEL BURROUGHS                                              DEFENDANTS

## MOTION TO CONTINUE REVOCATION HEARING

The Separate Defendant, Nathaniel Burroughs (hereafter "Burroughs"), by his Attorney, Steven R. Davis, moves to continue the hearing on revocation of the Defendant's pretrial release, which is now scheduled to begin on July 17, 2018, at 2:30 p.m.. The Defendant states in support of his Motion the following:

1. The Defendant, Nathaniel Burroughs, is charged with one count of violating 21 U.S.C. §841(a)(1), conspiracy to distribute and to possess with intent to distribute less than fifty (50) grams of a mixture containing methamphetamine, a felony, and one count of distribution of less than fifty (50) grams of a mixture containing methamphetamine, a felony, in violation of 21 U.S.C. §841(a)(1) and 841(b)(1)(B).

2. The Court has set a jury trial in this case to begin on December 10, 2018.

3. U.S. Magistrate Judge Jerome T. Kearney appointed the undersigned counsel to represent the Defendant on December 15, 2017.

4. The United States filed a Motion to Revoke the Defendant's pretrial

1

release on July 11, 2018.

5. Burroughs was served with the Motion to Revoke on July 16, 2018.

6. Burroughs moves that the hearing on the motion for revocation be continued for two weeks.  Burroughs has advised his attorney that he has recently undergone surgery, which could be a mitigating factor for the Court to consider with regard to the Defendant's continued pretrial release.

7. Additionally, the Defendant has been accepted into another drug treatment facility and tested drug free within the past 48 hours.

8. The undersigned counsel has sought to confer with Assistant U.S. Attorney Michael Gordon concerning this motion for continuance. Counsel for the Defendant has been unable to reach AUSA Gordon.  The undersigned counsel spoke with the Defendant by phone this evening and decided to file this Motion after 8:00 p.m. but needed to file it as soon as possible.

9. Burroughs agrees to waive any speedy trial rights in connection with any continuance which the Court may grant in this case.

WHEREFORE, the Defendant, Nathaniel Burroughs, respectfully prays that his motion to continue the revocation hearing set for July 17, 2018, be granted.

Respectfully submitted,

/s/ Steven R. Davis
Steven R. Davis, Ark. Bar #76029
Attorney at Law
1920 N. Main Street, #221
North Little Rock AR  72114
(501) 604-4525
srd@stevenrdavislaw.com

## **CERTIFICATE OF SERVICE**

I, Steven R. Davis, hereby certify that I have filed this pleading with the Clerk of the U.S. District Court through the Electronic Case Filing (ECF) system on July 16, 2018.  ECF will automatically serve a copy of this pleading on Mr. Michael Gordon, Assistant U.S. Attorney, P.O. Box 1229, Little Rock  AR  72203, and to Mr. R. Brannon Sloan, Attorney for Morgan Stephen Poole 217 West Second Street, Suite 115, Little Rock AR 72201.

/s/ Steven R. Davis
Steven R. Davis