IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:17CR00319-JM-02 |
| | ) | |
| NATHANIEL BURROUGHS | ) | |

## SUPPLEMENTAL MOTION TO REVOKE PRETRIAL RELEASE

COMES NOW the United States of America, through Cody Hiland, United States Attorney for the Eastern District of Arkansas, and Michael Gordon, Assistant U.S. Attorney for said district, and moves this Court to revoke the pretrial release of the defendant, NATHANIEL BURROUGHS. In support of this motion, the United States submits the following:

1. The defendant was released on pretrial supervision with conditions on December 15, 2017. His conditions of release included, *inter alia*, that he: (a) refrain from the use or unlawful possession of a narcotic drug or other controlled substance defined in Title 21, United States Code, Section 802, unless prescribed by a licensed medical practitioner; (b) participate in in-patient drug treatment followed by chemical free living until his case is resolved. On January 10, 2018, the defendant's conditions were modified to include further drug treatment and testing for prohibited substances if required by the pretrial services office or the supervising officer.

2. On April 6, 2018, the defendant failed to attend substance abuse treatment.

3. On June 21, 2018, the defendant was discharged from chemical free living at the Recovery Centers of Arkansas (RCA) in Little Rock, Arkansas, as a program failure.

4. On June 21, 2018, the defendant submitted a urine specimen which tested and confirmed positive for methamphetamine and amphetamine. This specimen was also confirmed as

1

diluted by Alere Laboratories.  The defendant later admitted that he had used methamphetamine on June 20, 2018, and signed an admission form.

5. On June 28, 2018, the defendant submitted a urine specimen which tested and confirmed positive for methamphetamine. This specimen was also confirmed as diluted by Alere Laboratories.  The defendant later admitted that he had used methamphetamine on June 26, 2018, and signed an admission form.

6. On June 30, 2018, the defendant was discharged from chemical free living at Turning Point Recovery Center in Little Rock, Arkansas, as a program failure.

7. On July 2, 2018, the defendant submitted a urine specimen which tested and confirmed positive for methamphetamine.

8. On July 10, 2018, the defendant failed to report for substance abuse testing as instructed.

9. The defendant appeared on July 17, 2018, for a hearing on the United States' initial Motion to Revoke Pretrial Release.  Prior to the hearing, the defendant provided a urine specimen which tested positive for methamphetamine.  The Court ordered that the defendant be detained until he no longer tested positive.  Thus, the defendant is currently in custody.

WHEREFORE, the United States prays that the Court issue a summons and schedule a hearing for the defendant to show cause why his pretrial supervision should not be revoked.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]

Respectfully submitted,

CODY HILAND
United States Attorney

By  /s/ *Michael Gordon*
    MICHAEL GORDON
    TX Bar Number 00795383
    Assistant U. S. Attorney
    P.O. Box 1229
    Little Rock, AR 72203
    Telephone:  (501) 340-2600
    E-mail: michael.gordon@usdoj.gov

Certificate of Service

    I hereby certify that on July 17, 2018, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which shall send notification of such filing to the following: Steven Davis.

  /s/ *Michael Gordon*
MICHAEL GORDON