UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                **Plaintiff**

**v.**                          Case No.: 4:17–cr–00319–JM

**Nathaniel Burroughs**                                                                      **Defendant**

## NOTICE OF HEARING

PLEASE take notice that a Motion Hearing regarding Motion to Revoke Bond (#29) Motion to Revoke Bond (#33), has been set in this case for July 27, 2018, at 10:00 AM before Magistrate Judge Jerome T. Kearney in Little Rock Courtroom # 4B in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** July 25, 2018                         AT THE DIRECTION OF THE COURT
                                                JAMES W. McCORMACK, CLERK

                                                **By:** /s/ LaShawn M Coleman, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas