IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                        Case No.  4:17-cr-00319-JM-2

NATHANIEL BURROUGHS                                             DEFENDANT

## ORDER OF DETENTION

Pending before the Court are Defendant's Motion to Revoke Bond (DE #29) and Supplemental Motion to Revoke Bond (DE #33).  The motions are granted.

Defendant appeared with counsel today on these motions.  Defendant admits the violations contained in the petitions to revoke.  Therefore, based on the information presented today, the Court finds that Defendant has violated the terms and conditions of his release and that there are no conditions or combination of conditions that will reasonably assure the Court of Defendant's compliance with those release conditions.  Therefore, he is ordered detained.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

SO ORDERED this 27th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE