IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                           Case No. 4:17-cr-319 BSM

NATHANIEL BURROUGHS                                                   DEFENDANT

MOTION TO ALLOW DEFENDANT TO
TRAVEL TO ATTEND FUNERAL

Nathaniel Burroughs, Separate Defendant herein, by his Attorney, Steven R. Davis, moves that the Court allow him to travel to Searcy to attend the funeral of his grandmother and then to Romance for the burial service. The Defendant states in support of his motion the following:

1. The Defendant is currently incarcerated at the Dallas County Detention Center pending the trial of his case.

2. The Defendant's grandmother, Cordelia Josephine Jensen, died on November 25, 2018. The Defendant was very close to his grandmother.

3. Ms. Jensen' funeral is scheduled for Friday, November 30, 2018 at Searcy, Arkansas at 2:00 p.m., with burial at Romance Cemetery in Romance, Arkansas.

4. The Defendant desires to attend his grandmother's funeral, and his family members want him to be there for their sake and his sake. Family

1

members could arrange for transportation of Mr. Burroughs from the Dallas County Detention Center to the funeral and back.

5. The Defendant would only attend the funeral and any graveside service and return immediately to custody the same day.

6. Counsel for the Defendant has attempted to contact Assistant U.S. Attorney Michael Gordon about this motion but has been unable to do so.

WHEREFORE, Nathaniel Burroughs respectfully prays that his motion to travel to attend his grandmother's funeral be granted.

Respectfully submitted,

/s/ Steven R. Davis
Steven R. Davis, Ark. Bar #76029
Attorney at Law
1920 North Main Street, #221
North Little Rock AR  72115
(501) 604-4525
srd@stevenrdavislaw.com


## CERTIFICATE OF SERVICE

I certify that I have filed the foregoing pleading with the Clerk of the U.S. District Court through the Electronic Case Filing System (ECF) on November 28, 2018.  ECF will automatically forward a copy of this pleading to Mr. Michael Gordon, Assistant U.S. Attorney, P.O. Box 1229, Little Rock AR  72203-1229, and to all attorneys of record.

/s/ Steven R. Davis
Steven R. Davis