# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA             PLAINTIFF

v.             No. 4:17cr00319-02 JM

NATHANIEL BURROUGHS             DEFENDANT

## ORDER

The motion to allow defendant to travel to attend funeral (Docket No. 44) is hereby referred to United States Magistrate Judge Jerome T. Kearney.

IT IS SO ORDERED this 29th day of November, 2018.

JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE