IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                 PLAINTIFF

V.                  CASE NO. 4:17-CR-319-BSM

NATHANIEL BURROUGHS                               DEFENDANT

## ORDER GRANTING MOTION TO TRAVEL

Pending before the Court is a Motion to Allow Defendant to Travel to Attend Funeral. (DE # 44) The motion is granted. Therefore, the Defendant is allowed to travel to Searcy, Arkansas and Romance, Arkansas, at 10:00 a.m. on Friday, November 30, 2018, and return to the Dallas County Detention Center no later than 7:00 p.m. the same day, to attend the funeral of his grandmother. Furthermore, the Defendant is to be released into the custody of his mother, Grace Christian, and she will transport him to and from the funeral. All other conditions remain in effect.

SO ORDERED this 29th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE