## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                            **Plaintiff**

**v.**                              **Case No.: 4:17–cr–00319–JM**

**Nathaniel Burroughs**                                                **Defendant**

---

## NOTICE OF HEARING

PLEASE take notice that a Change of Plea Hearing has been set in this case for April 24, 2019, at 02:30 PM before Judge James M. Moody Jr. in Little Rock Courtroom # 4A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** April 23, 2019                           AT THE DIRECTION OF THE COURT
                                                   JAMES W. McCORMACK, CLERK


                                          **By:** Kacie O. Glenn, Deputy Clerk


Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas