U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED
APR 24 2019
JAMES W. McCORMACK, CLERK
By: _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WAIVER OF INDICTMENT

**UNITED STATES OF AMERICA**

   v.     CASE NUMBER: 4:17-CR-319-JM-02

**NATHANIEL BURROUGHS**

I, NATHANIEL BURROUGH, the above named defendant, who is accused of a violation of Title 18, United States Code, Section 371, that is, Conspiracy to Distribute Methamphetamine, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on this 24 day of April, 2019, prosecution by indictment and consent that the proceeding may be by superseding information rather than by indictment.

_____
Defendant
**NATHANIEL BURROUGHS**

_____
Defendant's Attorney
**STEPHEN R. DAVIS**

Before _____
    Judicial Officer