U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**
APR 24 2019
JAMES W. McCORMACK, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) No. 4:17-CR-319-JM-02 |
| NATHANIEL BURROUGHS | ) |

**SUPERSEDING INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

#### A. *THE CHARGE*

On or about October 18, 2017, in the Eastern District of Arkansas, the defendant,

NATHANIEL BURROUGHS,

conspired and agreed with MORGAN STEPHEN POOLE to knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and in furtherance of the conspiracy committed the following overt act.

#### B. *OVERT ACT*

On or about October 18, 2017, the defendant, NATHANIEL BURROUGHS met with a third party outside of a restaurant in Conway, Arkansas, and took money from the third party as payment for methamphetamine.

All in violation of Title 18, United States Code, Section 371.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]

CODY HILAND
United States Attorney

By: /s/ Michael Gordon
MICHAEL GORDON
TX Bar Number 00795383
Assistant United States Attorney
Post Office Box 1229
Little Rock, Arkansas 72203
Telephone: (501) 340-2600
E-Mail: michael.gordon@usdoj.gov