IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** <br> Counsel: Mike Gordon <br> <br> v. | <br> <br> CASE NO. **4:17-cr-00319-02 JM** | Judge: James M. Moody Jr. <br> Reporter: Judy Ammons <br> CRD: Kacie Glenn <br> Date: April 24, 2019 |

**NATHANIEL BURROUGHS**
Counsel: Stephen Davis

### MINUTES - FELONY WAIVER & PLEA TO INFORMATION

BEGIN:  2:30 P.M.

__X__ Court convenes for hearing;

__X__ Defendant present with counsel; defendant sworn;

__X__ Court inquires of defendant regarding understanding of proceedings;

__X__ Court inquires of counsel regarding defendant's competency to proceed;

__X__ Court inquires of defendant regarding understanding of right to be indicted by a Grand Jury;

__X__ Defendant waives right to indictment, which the Court finds is voluntary;

__X__ Defendant signs Waiver of Indictment in open court;

__X__ Waiver of Indictment Filed;   __X__ Information filed;   __X__ AUSA reads Information in open court;

__X__ Court inquires of defendant regarding understanding of consequences of entering guilty plea;

__X__ Plea Agreement filed in open court;

__X__ Government states proof for trial;

__X__ Defendant pleads guilty to Count(s) 1 of Information; plea accepted by the Court;

__X__ Indictment dismissed on the motion of the government;

__X__ Sentencing date to be set upon completion of presentence report;

_____ Defendant released on O/R bond;

_____ Defendant to remain on current conditions of bond pending sentencing;

__X__ Defendant remanded to custody of U.S. Marshal pending sentencing.

_____ Other:_____.

END:  2:50 P.M.