UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **United States of America** | **Plaintiff** |
| **v.**             Case No.: 4:17–cr–00319–JM | |
| **Nathaniel Burroughs** | **Defendant** |

## NOTICE OF HEARING

      PLEASE take notice that a Sentencing has been set in this case for August 1, 2019, at 02:00 PM before Judge James M. Moody Jr. in Little Rock Courtroom # 4A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

| | |
|---|---|
| **DATE:** July 30, 2019 | AT THE DIRECTION OF THE COURT<br>JAMES W. McCORMACK, CLERK |
| | By:  Kacie O. Glenn, Deputy Clerk |

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas