**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**
Counsel: Michael Gordon

v.       NO. 4:17-cr-00319-02 JM

**NATHANIEL BURROUGHS**
Counsel: Steven Ray Davis

JUDGE: James M. Moody Jr.
REPORTER: Christa Jacimore
CRD: K. Glenn
USPO: Stephen DiGiovanna
DATE: August 1, 2019

**MINUTES - SENTENCING**

**TIME BEGAN**: 2:00pm          **TIME ENDED**: 2:30pm

(✓) Government's Motion to Award Third Point for Acceptance of Responsibility granted in open court
Other: _____

**IMPRISONMENT**: 60 MONTHS          BOP with following recommendations:
See J&C
_____

**SUPERVISED RELEASE**: 2 years          **PROBATION**: n/a years

**SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION**

(✓) Defendant must participate, under the guidance and supervision of the U.S. Probation Office in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment and must abstain from the use of alcohol throughout the course of any treatment.
(✓) Defendant must cooperate in the collection of DNA as directed by the probation officer.
(✓) Defendant must participate as directed in mental health treatment under the guidance and supervision of the U.S. Probation Office.
(✓) Defendant may not possess a firearm, ammunition, destructive device, or any other dangerous weapon.
( ) Supervised release is to be administered by the district where the defendant is a legal resident.
( ) Defendant must disclose financial information to the U.S. Probation Office upon request and may not obtain any new lines of credit.
( ) Other: _____

(✓) Defendant is remanded to custody of U.S. Marshal
( ) Defendant to surrender to designated institution/ U.S. Marshal by _____

Special assessment: $100
Fine: $0
Restitution: $0