United States of America

v.

Nathaniel Burroughs

Case Number: 4:17-CR-00319-02-JM
USM Number: FILED

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 31 2020

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Honorable US Dist Judge James M. Moody Jr.,
I, Nathaniel Burroughs respectfully request that this Court grant a motion for Compassionate release under 18 U.S.C. § 3582(c)(1)(A) based on the presence of "extraordinary and compelling reasons" precipitated by the Covid-19 Pandemic. Health Conditions place me at risk of severe and debilitating illness and even Death from the Coronavirus. I ask that the Court Reduce my sentence to time served to allow me to serve the remainder of my sentence on Home Confinement. Such a sentencing change would serve the interest of Justice, allow for the protection of Society, and permit me to better manage my exposure to risk presented by continued incarceration in FCI Beaumont/Low.

Physical Circumstances and Dorm Facilities- I am housed in a Massive, open Dorm with no Lavatories in the Cubes/Cells. We are Quarantined in our Normal Large Room with 62 Cubicles separated by partitions that are Five Feet, three inches high. These cubicles measure 9 feet by twelve feet. No walls separate inmates from each other. There are no doors. In each of the 62 Cubicles, there are 3 beds (2 stacked atop one another and 1 single beside), 3 Double Door Lockers and a single seat table. The Top bunk is higher than the partition and is in Line of Sight of multiple cells. Nothing impedes the Flow of Air or the Fall of aspirant respiratory particles onto other Inmates, beds or surface-

The cells in the Center rows have these low partitions on all sides; In which I Live in a Center row. Narrow three-foot passageways seperate the cells across from each other. Through these tight bottlenecks all Inmates travel to and from the areas to do daily ministrations, use Computers shoulder to Shoulder, Phone & Day Rooms. We share a bank of 12 Sinks, 4 of which are closed, due to Chronic clogs, which are used Shoulder to Shoulder in the bathroom. For well over 140 Inmates, there ar 6 Toilets, 2 Broken, with Constant Clogs and Water Leakage on the Floor. Only 9 of 14 Showers work. We have Constant outbreaks of Scabies, illustrating the problems with contagion where I am Confined. Even in Past weeks such as the Week of July 16th and of Late, I was tested for the First Time Aug 19th and only due to a outside Medical Need. It is an Impossibility to attend to hygiene and social distancing, the two most basic measures I can myself if at Home. Even In the Week of July 16th aforementioned, with 455 Positive Inmates, I was not even Tested Then. The Unit consensus is that everyone is a "Cellie" to everyone else due to the lack of walls. Seclusion is impossible!

<u>Medical Challenges</u>

Since the facility is in lockdown and activities discontinued, I do not have access to Recreation Area, Track or equipment to Manage my Blood sugar and keep my weight down. As of today I weigh 224 lbs at a Height of 5'9". I have a Body Mass Index (BMI) of over 30. A BMI of 30 kg/m² is considered obese. I have also been recently Perscribed New Medications for

High cholesterol, Blood Thinner (Aspirin) and Fiber pills which I will attach with this Motion/Letter. Please read Underlying Medical Conditions Attached. Records and Attachments (Some records are Duplicated in Administrative Remedies Packet Enclosed) will show or Indicate that I am actively being managed for hypertension, high Blood Sugar - Diabetes, Breathing Disorders and Sleep apnea as well as Obese. Four conditions of the CDC Warning that Can be life threatening.

Community Challenges

We have been made aware and observed on Local TV station Beaumont CBS & FOX that staff members are even Sueing BOP and Warden for Sicknesses from Black Mold & Impaired Breathing as well as Inability to Contain Covid-19 Spread. Please verify that Family and Staff of This Prison as well as Our Families Continue to protest to Outbreak and Conditions uncontrolled by Warden. This Past 18th and 19th of August all News channels have been helping in the Protest. Please Google or Go onto these News Sites to Verify as to What I write you. In this Town where FCI Beaumont Low is Located, the virus is racing through the very Community which is home to the staff going in and out of the prison daily. Please also note that This prison is a Federal Complex (USP, MED, LOW and Camp) which rotates and shares all Manner of Staff, including officers of units and staff for Medical and Unicor. All of which are leading Causes of Cross Virus Contamination. 400 of 444 Inmates at the Camp Tested Positive.

Again this Low Compound shares staff and Medical Personal. This past week on the 20th 64 Inmates were Transfered to Here at the Low and More to Follow.

### Arguments and Closing Plea

Covid-19 is an unprecedented and rapidly-expanding global health emergency that presents an extraordinary and compelling reason for release of vulnerable prisoners. On March 11, 2020, the World Health Organization officially recognized Covid-19 as a Pandemic. Two days later, the President declared the Covid-19 outbreak a national emergency.

After the time that the goverment submitted its brief, many offices have identicated that national guidance is to concede the existence of extraordinary and compelling circumstances the CDC recognized as creating enhanced risk. The USAO in the District of Maryland has been particularly direct about its existence, discribing it in at least two cases "Undersigned counsel has been informed that the Department of Justice has taken the position that inmates who suffer from a condition identified by the Centers for Disease Control and Prevention ('CDC') as putting them at higher risk for severe illness from Covid-19 and who are not expected to recover from that condition, present an 'extraordinary and compelling reason' to be considered for Compassionate release—even if that condition in ordinary times would not meet the terms of the policy statement. See U.S.S.G. § 1B1.13 cmt. n. 1 (A) (ii) (1). Letter amending Goverment's Response, United States v. Wise, 1:18-cr-0072-ELH, ECF 185 (D. Md. May 18, 2020); 'The Goverment now supplements

that response in light of the intervening Dept of Justice guidance. Based on that guidance, the Government concedes that the defendants 1 diabetes, and perhaps other of her medical conditions, constitute 'extraordinary and compelling circumstance' during the current pandemic, even if these conditions in ordinary times would not allow compassionate release." Supplemental Response, United States v. Wright, 8:17-cr-00388-TDC, ECF 50 (D. Md. May 19, 2020).

The CDC study of those hospitalized in March, 2020 showed "[a]pproximately 90% of hospitalized patients identified through Covid-NET had one or more underlying conditions, the most common being obesity, hypertension, chronic lung disease, diabetes mellitus, and cardiovascular disease." I have more than one of those factors at play, despite the risks unique to me here at this facility in Open Dorm Cubicles.

Aug 1st 2019, I was sentenced above guidelines and rightfully Due me for I am Guilty. However, you did not give me a Death Sentence. I am truly remorseful and scared to Death of what will come of me should I contract Covid-19. Please, I ask that you review attachments & Administrative remedies packet and order me Compassionate release with Home Confinement & Supervised release. Should my Motion/Letter to the Court not be as it is should to please the Court. Then, please appoint Counsel and issue order of Stay. I ask that you also consider that your court granted a Furlough when my Grandmother passed in Nov. 2018. I have also showed at any request of Courts or Probation

officer as well. As you may recall and verify with US Prosecuting attorney, Mark Gordon, I have always fully cooperated with all Agencies and Courts.

With Good Time projected release, I am eligible for Home Detention on 10-17-2022. With credit for Unicor Industries and Programming and Days awarded credit by 1 yr & 6 month of the First Step Act for which I am Eligible, I should be released in the Spring of 2021. Please Grant me Compassionate release with Home Confinement & Supervised release. You may also Verify with My Medical Doctor at Greenbrier Family Medical Clinic that I was well under 200 lbs while on "Trulicity." This One Time a Week Injectible (which is not available in BOP) had my A1C under 7.0 and I was much healthier as well. Should you grant my Release, I will not Disappoint you, Myself, Community at Large, Family and Grandchildren.

Thank You for Your Time and Consideration

[signature]

8-24-2020

Please Seal This Document on Docket Report

8-24-20

I, Nathaniel Burroughs give the Eastern District of The U.S. District Courts Permission and Full Power of Authority to obtain any and all Medical Records Needed. This includes but Not Limited to St. Vincents Hospital of Little Rock, AR, All Baptist Hospitals In Arkansas and Texas, Conway Orthopedics Sports Medicine clinic, and any and All Bureau of Prison's Infirmaries and Records.

I also Grant U.S. District Judge James M. Moody JR. Full Authority To appoint or Facilitate any Needed Authority To Request Records, and Investigate any claims I have made In Reference to My Case or This Request For Home Confinement. I do so give Authority with Full Knowledge of Trust In his Ability to Fairly Make Request & Judgements upon his duties Appointed & Needed. He has this Authority Given by My Sound Judgement and All Capacities.

Nathaniel Burroughs
9-11-70    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
Fed # 24718-009